UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                Plaintiff, ) Case No. CR08-191 JLR
    v. )
       ) **DETENTION ORDER**
ZACHARY SCOTT BAKER , )
                Defendant. )

Offense charged:

    Bank Fraud.

    Theft from Indian Tribal Organization.

Date of Detention Hearing: May 13, 2009.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    On August 7, 2008, defendant was released to pretrial services supervision on condition he maintain his residence and not change his residence without prior approval of pretrial services.

DETENTION ORDER -1

On November 21, 2008, pretrial services alleged defendant had violated his bond by failing to maintain his residence and changing his residence without prior approval of Pretrial Services about November, 1, 2008. The Court granted pretrial services' request for a warrant. On December 15, 2008, defendant failed to appear for his sentencing hearing in this matter. On May 13, 2009, defendant was arrested and admitted he had violated his bond by failing to maintain his residence and changing his residence without prior approval of Pretrial Services.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 13th day of May, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge